UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. LOVILLE,<br><br>        Plaintiff,<br><br>   v.<br><br>PETER CHESTER,<br><br>        Defendant. | Case No. 25-cv-03649-RFL<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 5 |

      The deadline for Plaintiff David Loville, who is representing himself, to file an opposition to Defendant Peter Chester's Motion to Dismiss (Dkt. No. 5) was May 16, 2025, but no opposition was filed. Loville's deadline was subsequently extended to May 27, 2025, but that deadline has now passed, and Loville has not filed an opposition. Therefore, Loville is **ORDERED** to file either an opposition or a notice of non-opposition by **June 13, 2025**. Any reply shall be due by **June 24, 2025**. The hearing on Chester's motion to dismiss is hereby vacated and will be reset upon Loville's filing of an opposition brief.

      Although Loville is not represented by a lawyer, he is still required to follow the Federal Rules of Civil Procedure and Local Rules of this District. *See* N.D. Cal. Civ. L.R. 3-9(a). Failure to comply with these rules or with this Order could result in dismissal of his complaint without further notice.

      As an unrepresented litigant, Loville may seek free assistance from the Northern District's Legal Help Center; he can make a telephone appointment by calling (415) 782-8982 or emailing fedpro@sfbar.org. At the Legal Help Center, Loville may speak with an attorney who may be able to provide free basic legal help but not representation. The District Court's website

1

also has information about how to represent yourself and a link to the District Court's handbook on civil litigation for pro se litigants.  *See* https://cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: May 30, 2025

RITA F. LIN
United States District Judge